Lawrence A. Mudgett III, Esq.
State Bar No. 252898
SAFER LAW
2534 State Street, Suite 413
San Diego, CA  92101
Telephone: (619) 794 0460
Facsimile:   (619) 794 0470

Attorney for SAFER LAW

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 2:11-bk-26694-EC |
| **PANOCHE VALLEY, LLC** | **DECLARATION** |
| Debtor | |

I, LAWRENCE A. MUDGETT III, ESQ., hereby declare under the penalty of perjury for the State of California and the laws of the United States that the foregoing is true and correct. Further, if called as a witness could competently testify thereto under oath as follows:

(1) On or about Friday April 15, 2011, I met with RAY GRAY ("GRAY"), principal of PANOCHE VALLEY, LLC ("PANOCHE") for the first time at our office addressed above, and was thereafter retained by one of PANOCHE'S creditors, ANGIE WOLF ("WOLF"), to file a "bare bones" involuntary Chapter 7 bankruptcy petition for PANOCHE.

(2) I was paid $1800 cash to file the emergency Chapter 7 involuntary petition by WOLF, through PANOCHE principal, GRAY.

(3) WOLF signed the Request for Relief Involuntary Petition form(s), but never returned the signed retainer agreement and conflict waiver as requested.

1
**DECLARATION**

(4) On or about the evening of Sunday April 17, 2011, GRAY requested on behalf of WOLF that the Chapter 7 involuntary petition be changed to an involuntary Chapter 11 petition for PANOCHE.

(5) I subsequently requested an additional payment of $740 to cover the difference between the Chapter 7 and Chapter 11 filing fees, but did not agree to represent WOLF in the Chapter 11 involuntary bankruptcy beyond the initial emergency filing at that time.

(6) I was not retained by, and did not represent any of PANOCHE'S other creditors either, only WOLF on a limited basis.

(7) The following day, GRAY requested that we file a voluntary chapter 11 petition for PANOCHE and were directed to work with the purported manager of PANOCHE, BEN WILLIAMS ("WILLIAMS"), in order to electronically file a voluntary Chapter 11 Bankruptcy by the Monday April 18, 2011 escrow deadline.

(8) We further provided notice of the voluntary Chapter 11 filing to both escrow and title as follows: (1) Valerie Smith, Intero Real Estate Services 800 San Benito Street, Suite C, Hollister, CA 95023 and (2) Linda Collins, First American Title, licollins@firstam.com

(9) After the Passover holiday and on or about April 20, 2011 we began to gather the remainder of the documents and information from GRAY and WILLIAMS required to complete the balance of the statements and schedules for PANOCHE.

(10)    GRAY and WILLIAMS did not provide adequate information to complete the petition prior to the clerk's May 2, 2011 deadline to file the balance of statements and schedules. The supplemental statements and schedules were then uploaded on or about May 11, 2011 after numerous delays.

(11)    Based on information and belief, on or about May 4, 2011, GRAY directly deposited the $740 outstanding filing fee payment that was advanced on PANOCHE'S

behalf, as well as the remaining $8500 quoted to complete the voluntary Chapter 11 bankruptcy.

(12)   The funds were directly deposited into my co-counsel ALEXIA VELISSAROPOULOS, Esq.'s business account ("VELISSAROPOULOS").

(13)   GRAY had additional pending legal matters separate from this bankruptcy and retained both our office and co-counsel, VELISSAROPOULOS to handle them which is why the fee was directly deposited into her account and not mine.

(14)   The $8500 was then transferred into the SAFER LAW Attorney Client Trust Account where it remained pending an appropriate fee application contemplated by this office and required by the court.

(15)   Thereafter, on or about Wednesday May 25, 2011 I appeared for the 341(a) hearing for PANOCHE; however, WILLIAMS arrived over 45 minutes late and without money to pay for parking. In light of the above, this occurrence seemed unusual to me.

(16)   As a result, I took a closer look at the file and upon discovery that the funds directly deposited to VELISSAROPOULOS' account were a non-exempt asset of the PFAU, PFAU, PFAU, LLC ("PFAU") bankruptcy estate in the California Southern District Bankruptcy Court (Case #08-12840-PB), VELISSAROPOULOS and I phoned GRAY immediately on or about Thursday May 26, 2011 to discuss the situation.

(17)   During that telephone conversation we further conveyed that we would refund the initial retainer and requested that it be replenished from an exempt source. GRAY agreed to replenish the funds by no later than the next day, Friday May 27, 2011.

(18)   While I was aware of the PFAU bankruptcy and had agreed to represent the principles of PFAU in unrelated state court litigation, I was unaware that these funds

3

**DECLARATION**

were not exempt from the PFAU bankruptcy estate and would not have accepted them in good faith under the circumstances.

(19) Rather than risk a potential turnover order, and after discovering the above, I returned the $8500 retainer from PFAU *in full* and personally witnessed VELISSAROPOULOS return her retainer for services from PFAU *in full* the same day on May 26, 2011.

(20) Nevertheless, GRAY did not replenish the retainer by the deadline and has not replenished the retainer fees as promised and agreed whatsoever. He has not returned the signed retainer agreement, and had further stopped responding to communications from counsel all together until on or about June 10, 2011.

(21) Nevertheless, GRAY still refuses to replenish the retainer from an exempt source as promised and agreed

(22) Based on the foregoing, this office and VELISSAROPOULOS have terminated the attorney-client relationship with GRAY, PFAU, PANOCHE, the GRAY family, WILLIAMS, and any other purported interests of GRAY in any capacity whatsoever; and have further been forced to discontinue legal services in this case for ethical considerations and non-payment of fees.

The forgoing is submitted under penalty of perjury for the laws of the United States and the State of California.

Date: 6/13/2011                                                                             SAFER LAW

<u>/s/Lawrence A. Mudgett III</u>, Esq.
Lawrence A. Mudgett, III Esq.