1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  RUSSELL CLEMENTSON, State Bar No. 143284
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017-5418
   (213) 894-4505 telephone
6  (213) 894-2603 facsimile
   Email: russell.clementson@usdoj.gov
7

**FILED & ENTERED**

**JUL 01 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pickett    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11

12  In re:                          )  Case No.: 2:11-bk-26694-EC
                                    )
13  PANOCHE VALLEY, LLC,            )  Chapter 11
                                    )
14          Debtor.                 )  ORDER GRANTING UNITED STATES
                                    )  TRUSTEE'S MOTION TO DISMISS OR
15                                  )  CONVERT CASE
                                    )
16                                  )  Date:  June 16, 2011
                                       Time:  1:30 p.m.
17                                     Ctrm:  1639

18  _____

19

20      The United States Trustee's Motion to Convert or Dismiss this case per § 1112(b) with an

21  Order directing payment of Quarterly Fees ("Motion") came on for hearing on the above date and

22  time.  Appearances were made as reflected on the record.  The Court having considered the record

23  herein, the arguments of counsel and interested parties, and for good cause appearing,

24      IT IS HEREBY ORDERED that the Motion is granted and that this case be and hereby is

25  //

26  //

27  //

28

                                    1

1  CONVERTED to Chapter 7.

2  IT IS FURTHER ORDERED that Debtor shall comply with Federal Rule of Bankruptcy

3  Procedure 1019.

6  # # #

23  *Ellen Carroll* (signature)

24  DATED: July 1, 2011

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **n/a** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **6/20/11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **6/20/11** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/20/11 | Stephanie Hill | /s/Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                               **F.9013-3.1.PROOF.OF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
n/a


**II.** **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
Panoche Valley LLC
149 S. Spalding Drive, #3
Beverly Hills, CA 92012

**Debtor's Counsel:**
Lawrence Mudgett, III
Safer Law
2534 State St., Ste 413
San Diego, CA 92101


**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1639
Los Angeles, CA 90012-3332

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F.9013-3.1.PROOF.OF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**    **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **6/20/11**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST(IF APPLICABLE)**

☒    Service information continued on attached page

**II.**   **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.**  **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Alvin Mar    alvin.mar@usdoj.gov
- Ron Maroko    ron.maroko@usdoj.gov
- Lawrence Mudgett    lawrence@saferlawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY THE COURT VIA U.S. MAIL:**

**Debtor:**
Panoche Valley LLC
149 S. Spalding Drive, #3
Beverly Hills, CA 92012

III. **TO BE SERVED BY THE LODGING PARTY**:
**n/a**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**